```
 1  PAUL L. REIN, Esq. (SBN 43053)
    CELIA McGUINNESS, Esq. (SBN 159420)
 2  CATHERINE M. CABALO (SBN 248198)
    LAW OFFICES OF PAUL L. REIN
 3  200 Lakeside Drive, Suite A
    Oakland, CA  94612
 4  Telephone:  (510) 832-5001
    Facsimile:   (510) 832-4787
 5
    Attorneys for Plaintiffs
 6  CONNIE MARTINEZ and
    JOSE MARTINEZ
 7

 8  GREVE, CLIFFORD, WENGEL & PARAS, LLP
    SCOTT E. COFER, Esq. (SBN 121212)
 9  2870 Gateway Oaks Drive, Suite 210
    Sacramento, CA  95833-4324
10  E-Mail:   scottcofer@greveclifford.com
    Telephone:  (916) 443-2011
11  Facsimile:   (916) 441-7457

12  Attorneys for Defendants
    SACRAMENTO CONSOLIDATED CHARITIES,
13  dba Florin Road Bingo, incorrectly sued as
    SCC FLORIN ROAD BINGO; KEVIN BEERS;
14  and SHAW MARTINEZ, incorrectly sued as SHAWN  MARTINEZ

15  [Counsel for additional Defendant
    identified following caption]
16
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MARTINEZ and<br>JOSE MARTINEZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SCC FLORIN ROAD BINGO;<br>SACRAMENTO CONSOLIDATED<br>CHARITIES; KEVIN BEERS;<br>SHAWN MARTINEZ; ARC<br>PROPERTIES, INC.; AND DOES<br>1-10, INCLUSIVE,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 2:10-cv-01647 GEB-GGH<br>GEB-GGH<br><u>Civil Rights</u><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES FOR INITIAL EXPERT WITNESS DISCLOSURE REPORTS AND SUPPLEMENTAL EXPERT DISCLOSURE REPORTS** |

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES FOR INITIAL EXPERT WITNESS DISCLOSURE REPORTS AND SUPPLEMENTAL EXPERT DISCLOSURE REPORTS
2:10-cv-01647 GEB-GGH                    -1-

1  LEWIS, BRISBOIS, BISGAARD
&amp; SMITH LLP
2  MELISSA T. OMANSKY, Esq. (SBN 227451)
221 North Figueroa Street, Suite 1200
3  Los Angeles, CA 90012
E-Mail:     Omansky@lbbslaw.com
4  Telephone:  (213) 250-1800
Facsimile:   (213) 2507900

Attorneys for Defendant
ARC PROPERTIES, INC.

Plaintiffs CONNIE MARTINEZ and JOSE MARTINEZ and Defendants SACRAMENTO CONSOLIDATED CHARITIES dba Florin Road Bingo (incorrectly sued as SCC FLORIN ROAD BINGO), KEVIN BEERS, SHAW MARTINEZ and ARC PROPERTIES, INC., by and through their respective counsel, hereby jointly stipulate and request, through their attorneys of record, as follows:

The parties have been working cooperatively to settle injunctive relief aspects of this case and believe that there is a good likelihood that the parties will be able to settle all issues of injunctive relief, damages, and attorneys' fees, litigation expenses and costs if given more time. Specifically, and with the expectation that it will expedite settlement discussions, counsel for SACRAMENTO CONSOLIDATED CHARITIES dba Florin Road Bingo (incorrectly sued as SCC FLORIN ROAD BINGO) desires to circulate to counsel for Plaintiffs its expert report for review prior to being required to file and serve its formal Expert Witness Disclosure Statement/Reports. At the same time, counsel for the respective parties are also proposing to stipulate to an early settlement conference to aid in settlement of the claims of Plaintiffs if the parties feel that this Court's further involvement could assist in the settlement efforts.

As a result of this settlement activity, counsel for the respective parties request that the deadlines for the initial Expert Disclosure and Supplemental Expert Disclosure be continued for an additional two (2) week period.

///

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES FOR INITIAL EXPERT WITNESS DISCLOSURE REPORTS AND SUPPLEMENTAL EXPERT DISCLOSURE REPORTS
2:10-cv-01647 GEB-GGH                -2-

The current deadlines in this case are as follows:

| | |
|---|---|
| Expert disclosure: | March 14, 2011 |
| Supplemental expert disclosure: | April 12, 2011 |

Based on the above, the parties hereby agree and stipulate to the continuation of the above-noted deadlines in this case to the following:

| | |
|---|---|
| Expert disclosure: | March 28, 2011 |
| Supplemental expert disclosure: | April 28, 2011 |

**IT IS SO STIPULATED.**

LAW OFFICES OF PAUL L. REIN

Dated: March 9, 2011.   By  /s/ Catherine M. Cabalo
CATHERINE M. CABALO, Esq.
Attorneys for Plaintiffs
CONNIE MARTINEZ and
JOSE MARTINEZ

GREVE, CLIFFORD, WENGEL & PARAS, LLP

Dated: March 9, 2011.   By  /s/ Scott E. Cofer
SCOTT E. COFER, Esq.
Attorneys for Defendants
SACRAMENTO CONSOLIDATED
CHARITIES dba Florin Road Bingo,
KEVIN BEERS and SHAW MARTINEZ

LEWIS, BRISBOIS, BISGAARD & SMITH LLP

Dated: March 10, 2011.   By  /s/ Melissa T. Omansky
MELISSA T. OMANSKY, Esq.
Attorneys for Defendant
ARC PROPERTIES, INC.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES FOR INITIAL EXPERT WITNESS DISCLOSURE REPORTS AND SUPPLEMENTAL EXPERT DISCLOSURE REPORTS
2:10-cv-01647 GEB-GGH               -3-

**ORDER**

The Court grants the parties' stipulation, and pursuant to that stipulation continues the expert disclosure deadlines as follows:

Expert disclosure: March 28, 2011

Supplemental expert disclosure: April 28, 2011

Dated: March 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES FOR INITIAL EXPERT WITNESS DISCLOSURE REPORTS AND SUPPLEMENTAL EXPERT DISCLOSURE REPORTS
2:10-cv-01647 GEB-GGH                    -4-