PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787

Attorneys for Plaintiffs
CONNIE MARTINEZ and
JOSE MARTINEZ

GREVE, CLIFFORD, WENGEL & PARAS, LLP
SCOTT E. COFER, Esq. (SBN 121212)
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833-4324
E-Mail: scottcofer@greveclifford.com
Telephone: (916) 443-2011
Facsimile: (916) 441-7457

Attorneys for Defendants
SACRAMENTO CONSOLIDATED CHARITIES,
dba Florin Road Bingo, incorrectly sued as
SCC FLORIN ROAD BINGO; KEVIN BEERS;
and SHAW MARTINEZ, incorrectly sued as SHAWN MARTINEZ

[Counsel for additional Defendant
identified following caption]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MARTINEZ and JOSE MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>SCC FLORIN ROAD BINGO; SACRAMENTO CONSOLIDATED CHARITIES; KEVIN BEERS; SHAWN MARTINEZ; ARC PROPERTIES, INC.; AND DOES 1-10, INCLUSIVE,<br><br>Defendants.<br>_____/ | CASE NO. 2:10-cv-01647 GEB-GGH GEB-GGH<br><u>Civil Rights</u><br><br><br><br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES FOR INITIAL EXPERT WITNESS DISCLOSURE REPORTS AND SUPPLEMENTAL EXPERT DISCLOSURE REPORTS** |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

4826-9073-2297.1                              -1-

LEWIS, BRISBOIS, BISGAARD
& SMITH LLP
MELISSA T. OMANSKY, Esq. (SBN 227451)
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
E-Mail:     Omansky@lbbslaw.com
Telephone:  (213) 250-1800
Facsimile:  (213) 2507900

Attorneys for Defendant
ARC PROPERTIES, INC.

  Plaintiffs CONNIE MARTINEZ and JOSE MARTINEZ and Defendants SACRAMENTO CONSOLIDATED CHARITIES dba Florin Road Bingo (incorrectly sued as SCC FLORIN ROAD BINGO), KEVIN BEERS, SHAW MARTINEZ and ARC PROPERTIES, INC., by and through their respective counsel, hereby jointly stipulate and request, through their attorneys of record, as follows:

  The parties have been working cooperatively to settle injunctive relief aspects of this case and believe that there is a good likelihood that the parties will be able to settle all issues of injunctive relief, damages, and attorneys' fees, litigation expenses and costs if given more time.  Specifically, and with the expectation that it will expedite settlement discussions, counsel for SACRAMENTO CONSOLIDATED CHARITIES dba Florin Road Bingo (incorrectly sued as SCC FLORIN ROAD BINGO) desires to circulate to counsel for Plaintiffs its expert report for review prior to being required to file and serve its formal Expert Witness Disclosure Statement/Reports.

  Plaintiff has indicated that it will convey a demand to Defendant Arc Properties, Inc. within the next week and the parties are hopeful that a satisfactory resolution can be reached as a result.  On March 9, 2011, the parties stipulated to a two week continuance of the deadlines for the initial Expert Disclosure and Supplemental Expert Disclosure.  They parties now request that, as a result of the continued settlement activity, the dates be continued a second time for an additional two (2) week period.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

4826-9073-2297.1                    -2-

1  The current deadlines in this case are as follows:
2  Expert disclosure:                          March 28, 2011
3  Supplemental expert disclosure:      April 28, 2011
4  Based on the above, the parties hereby agree and stipulate to the continuation
5  of the above-noted deadlines in this case to the following:
6  Expert disclosure:                          April 11, 2011
7  Supplemental expert disclosure:      April 25, 2011
8  **IT IS SO STIPULATED.**

LAW OFFICES OF PAUL L. REIN

Dated: March 9, 2011.    By  /s/ Catherine M. Cabalo
                                CATHERINE M. CABALO, Esq.
                                Attorneys for Plaintiffs
                                CONNIE MARTINEZ and
                                JOSE MARTINEZ

GREVE, CLIFFORD, WENGEL & PARAS, LLP

Dated: March 9, 2011.    By  /s/ Scott E. Cofer
                                SCOTT E. COFER, Esq.
                                Attorneys for Defendants
                                SACRAMENTO CONSOLIDATED
                                CHARITIES dba Florin Road Bingo,
                                KEVIN BEERS and SHAW MARTINEZ

LEWIS, BRISBOIS, BISGAARD & SMITH LLP

Dated: March 10, 2011.    By  /s/ Melissa T. Omansky
                                 MELISSA T. OMANSKY, Esq.
                                 Attorneys for Defendant
                                 ARC PROPERTIES, INC.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

4826-9073-2297.1                    -3-

# ORDER

Good cause having been shown, the Court grants the parties' stipulation and request to continue deadlines in this case to the following:

    Expert disclosure:                     April 11, 2011

    Supplemental expert disclosure:     April 25, 2011

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

4826-9073-2297.1                        -4-

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

4826-9073-2297.1                          -5-

**FEDERAL COURT PROOF OF SERVICE**
Connie Martinez, et al. v. SCC Florin Road Bingo, et al. - File No. 28833-32

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 25, 2011, I served the following document(s): SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES FOR INITIAL EXPERT WITNESS DISCLOSURE REPORTS AND SUPPLEMENTAL EXPERT DISCLOSU

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

<u>Attorneys for Plaintiffs CONNIE MARTINEZ nd JOSE MARTINEZ:</u>
PAUL L. REIN, Esq.
CELIA MCGUINNES, Esq.
CATHERINE M. CABALO
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
E-Mail: reinlawoffice@aol.com
Tel: (510) 832-5001
Fax: (510) 832-4787

<u>Attorneys for Defendants SACRAMENTO CONSOLIDATED CHARITIES, dba Florin Road Bingo, incorrectly sued as SCC FLORIN ROAD BING; KEVIN BEERS; and SHAW MARTINEZ, incorrectly sued as SHAWN MARTINEZ</u>
GREVE, CLIFFORD, WENGEL & PARAS, LLP
SCOTT E. COFER, Esq.
2870 Gateway Oaks Drive, Suite 210
Sacramento, Ca 95833-4324
E-Mail: scottcofer@greveclifford.com
Tel: (916) 443-2011
Fax: (916) 441-7457

The documents were served by the following means:

[X]   (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 25, 2011, at Los Angeles, California.

_____
MARY ANN CAMPI

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

4826-9073-2297.1