PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiffs
CONNIE MARTINEZ and
JOSE MARTINEZ

* List of Defendants and their respective counsel listed after the caption.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MARTINEZ and JOSE MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>SCC FLORIN ROAD BINGO; SACRAMENTO CONSOLIDATED CHARITIES; KEVIN BEERS; SHAWN MARTINEZ; ARC PROPERTIES, INC.; AND DOES 1-10, INCLUSIVE,<br><br>Defendants.<br>_____/ | CASE NO. 2:10-cv-01647 GEB-GGH<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER RE SETTLEMENT CONFERENCE** |

SCOTT E. COFER, Esq.
GREVE, CLIFFORD, WENGEL & PARAS, LLP
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Telephone: 916/443-2011
Facsimile: 916/441-7457

Attorneys for Defendants
SCC FLORIN ROAD BINGO, SACRAMENTO
CONSOLIDATED CHARITIES, KEVIN BEERS,
AND SHAWN MARTINEZ

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
Case No. 2:10-cv-01647 GEB-GGH         -1-

MELISSA T. OMANSKY, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone: 213/250-1800
Facsimile: 213/250-7900

Attorneys for Defendant
ARC PROPERTIES, INC.

      Plaintiffs CONNIE MARTINEZ and JOSE MARTINEZ and defendants SCC FLORIN ROAD BINGO; SACRAMENTO CONSOLIDATED CHARITIES; KEVIN BEERS; SHAWN MARTINEZ; ARC PROPERTIES, INC., by and through their respective counsel, jointly stipulate and request through their attorneys of record as follows:

      Since a cooperative site inspection of the subject premises on October 4, 2010, the parties have been working cooperatively to settle injunctive relief aspects of this case, and believe that there is a good likelihood that the assistance of an experienced magistrate judge would contribute to a settlement of all issues of injunctive relief, damages, and attorneys' fees, litigation expenses, and costs.

      Based on the above, the parties hereby agree and stipulate to a settlement conference being set in this case before assigned Magistrate Judge Gregory G. Hollows as soon as possible. The parties further stipulate that a representative or representatives of defendant ARC Properties, Inc. with full settlement authority may appear telephonically for any settlement conference set as long as the representative(s) is/are available telephonically for the entire duration of the settlement conference and ARC Properties, Inc.'s counsel is physically present for the settlement conference.

**IT IS SO STIPULATED.**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
Case No. 2:10-cv-01647 GEB-GGH    -2-

| | | |
|---|---|---|
| 1 | Dated: July 13, 2011 | LAW OFFICES OF PAUL L. REIN |

          /s/ Catherine M. Cabalo
By: CATHERINE M. CABALO, Esq.
Attorneys for Plaintiffs
CONNIE MARTINEZ and
JOSE MARTINEZ

Dated: July 13, 2011        GREVE, CLIFFORD, WENGEL & PARAS, LLP

          /s/ Scott E. Cofer
By: SCOTT E. COFER, Esq.
Attorneys for Defendants
SCC FLORIN ROAD BINGO,
SACRAMENTO CONSOLIDATED
CHARITIES; KEVIN BEERS; SHAWN
MARTINEZ

Dated: July 13, 2011        LEWIS, BRISBOIS, BISGAARD & SMITH LLP

          /s/ Melissa T. Omansky
By: MELISSA T. OMANSKY, Esq.
Attorneys for Defendant
ARC PROPERTIES, INC.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
Case No. 2:10-cv-01647 GEB-GGH   -3-

# ORDER

The parties have leave to ask Magistrate Judge Gregory G. Hollows if he is willing to schedule a settlement conference in this case; Judge Hollows has discretion to ignore the parties' request and to decide whether and/or when to schedule anything in this case.

Dated: July 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
Case No. 2:10-cv-01647 GEB-GGH          -4-