1 | PAUL L. REIN, Esq. (SBN 43053)
2 | CELIA MCGUINNESS, Esq. (SBN 159420)
  | CATHERINE M. CABALO, Esq. (SBN 248198)
3 | LAW OFFICES OF PAUL L. REIN
  | 200 Lakeside Drive, Suite A
4 | Oakland, CA  94612
  | Telephone:  510/832-5001
5 | Facsimile:   510/832-4787
  | reinlawoffice@aol.com

6 | Attorneys for Plaintiffs
7 | CONNIE MARTINEZ and
  | JOSE MARTINEZ

*Defendants and their respective are counsel listed after the caption.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| CONNIE MARTINEZ and JOSE MARTINEZ, | Case No. 2:10-cv-01647 GEB-GGH |
|---|---|
| Plaintiffs, | <u>Civil Rights</u> |
| v. | **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT ARC PROPERTIES, INC. <u>ONLY</u>, WITH PREJUDICE** |
| SCC FLORIN ROAD BINGO; SACRAMENTO CONSOLIDATED CHARITIES; KEVIN BEERS; SHAWN MARTINEZ; ARC PROPERTIES, INC.; AND DOES 1-10, INCLUSIVE, | |
| Defendants. | |

SCOTT E. COFER, Esq.
GREVE, CLIFFORD, WENGEL & PARAS, LLP
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Telephone:  916/443-2011
Facsimile:   916/441-7457

Attorneys for Defendants
SCC FLORIN ROAD BINGO, SACRAMENTO
CONSOLIDATED CHARITIES, KEVIN BEERS,

---

STIPULATION AND PROPOSED ORDER
OF DISMISSAL OF ALL CLAIMS AGAINST
 DEFENDANT ARC PROPERTIES, INC. ONLY
Case No. 2:10-cv-01647 GEB-GGH
G:\DOCS\GGH\DGGH1\signed\martinez.arcdism.doc

AND SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ)

MELISSA T. OMANSKY, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone:   213/250-1800
Facsimile:   213/250-7900

Attorneys for Defendant
ARC PROPERTIES, INC.

# **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs CONNIE AND JOSE MARTINEZ ("Plaintiffs") and defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ), and ARC PROPERTIES, INC. (together referred to as "Defendants"), by and through their respective attorneys of record, stipulate that:

1. Plaintiffs' Complaint in the above-entitled action shall be dismissed with prejudice as against defendant ARC PROPERTIES, INC. **ONLY**;

2. The Court will retain jurisdiction to enforce the Consent Decree previously filed with a Proposed Order with the Court on August 15, 2011 (see Docket No. 37); and

**IT IS SO STIPULATED.**

Dated: August 24, 2011                              LAW OFFICES OF PAUL L. REIN

                                                       /s/ Catherine M. Cabalo
                                        By:  Catherine M. Cabalo, Esq.
                                        Attorneys for Plaintiffs
                                        CONNIE AND JOSE MARTINEZ

STIPULATION AND PROPOSED ORDER
OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT ARC PROPERTIES, INC. ONLY
Case No. 2:10-cv-01647 GEB-GGH
G:\DOCS\GGH\DGGH1\signed\martinez.arcdism.doc

| | |
|---|---|
| Dated:  August 24, 2011 | GREVE, CLIFFORD, WENGEL & PARAS, LLP |
| | |
| | _____/s/ Scott E. Cofer_____ |
| | By:  Scott E. Cofer, Esq. |
| | Attorneys for Defendants |
| | SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, AND SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ) |
| | |
| Dated: August 24, 2011 | LEWIS, BRISBOIS, BISGAARD & SMITH LLP |
| | |
| | _____/s/ Melissa T. Omansky_____ |
| | By:  Melissa T. Omansky, Esq. |
| | Attorneys for Defendant |
| | ARC PROPERTIES, INC. |

- 3 -

STIPULATION AND PROPOSED ORDER
OF DISMISSAL OF ALL CLAIMS AGAINST
 DEFENDANT ARC PROPERTIES, INC. ONLY
Case No. 2:10-cv-01647 GEB-GGH
G:\DOCS\GGH\DGGH1\signed\martinez.arcdism.doc

## ORDER

Having reviewed the above Stipulation for Dismissal of Claims against ARC Properties, Inc. with Prejudice submitted by plaintiffs CONNIE AND JOSE MARTINEZ ("Plaintiffs") on the one hand and defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ), and ARC PROPERTIES, INC. on the other hand,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Complaint in the above-entitled action shall be dismissed with prejudice as against defendant ARC PROPERTIES, INC. **ONLY**;

2. The Court will retain jurisdiction to enforce the Consent Decree previously filed with a Proposed Order with the Court on August 15, 2011 (see Docket No. 37).

[Pursuant to Fed.R.Civ.P. 41(a)1(A)(ii) this stipulation of dismissal is effective without court order.]

Dated: August 25, 2011          /s/ Gregory G. Hollows

_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

- 4 -

STIPULATION AND PROPOSED ORDER
OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT ARC PROPERTIES, INC. ONLY
Case No. 2:10-cv-01647 GEB-GGH
G:\DOCS\GGH\DGGH1\signed\martinez.arcdism.doc