1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:   510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiffs
   CONNIE MARTINEZ and
7  JOSE MARTINEZ

8  *Defendants and their respective are counsel listed after the caption.

9  IN THE UNITED STATES DISTRICT COURT

10  IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MARTINEZ and JOSE MARTINEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>SCC FLORIN ROAD BINGO; SACRAMENTO CONSOLIDATED CHARITIES; KEVIN BEERS; SHAWN MARTINEZ; ARC PROPERTIES, INC.; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants.<br>_____/ | Case No. 2:10-cv-01647 GEB-GGH<br><br>Civil Rights<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, AND SHAW MARTINEZ WITH PREJUDICE** |

SCOTT E. COFER, Esq.
GREVE, CLIFFORD, WENGEL & PARAS, LLP
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Telephone:  916/443-2011
Facsimile:   916/441-7457

Attorneys for Defendants
SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, AND SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ)

---

STIPULATION AND PROPOSED ORDER
OF DISMISSAL OF ALL CLAIMS AGAINST
 ALL REMAINING DEFENDANTS
Case No. 2:10-cv-01647 GEB-GGH
G:\DOCS\GGH\DGGH1\signed - ggh\Martinez1647.docx

# STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs CONNIE AND JOSE MARTINEZ ("Plaintiffs") and defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, and SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ) (together referred to as "Defendants"), by and through their respective attorneys of record, stipulate that:

1. Plaintiffs' Complaint in the above-entitled action shall be dismissed with prejudice as against Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree and Order entered by the Court on August 29, 2011 (see Docket No. 48); and

**IT IS SO STIPULATED.**

Dated: November 29, 2011                    LAW OFFICES OF PAUL L. REIN

                                            _____/s/ Catherine M. Cabalo_____
                                            By: Catherine M. Cabalo, Esq.
                                            Attorneys for Plaintiffs
                                            CONNIE AND JOSE MARTINEZ


Dated: November 29, 2011                    GREVE, CLIFFORD, WENGEL & PARAS, LLP

                                            _____/Scott E. Cofer/_____
                                            By: Scott E. Cofer, Esq.
                                            Attorneys for Defendants
                                            SCC FLORIN ROAD BINGO,
                                            SACRAMENTO CONSOLIDATED
                                            CHARITIES, KEVIN BEERS, AND
                                            SHAW MARTINEZ
                                            (ERRONEOUSLY SUED AS
                                            SHAWN MARTINEZ)

**ORDER**

Having reviewed the above Stipulation for Dismissal of Claims against Defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, and SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ) with Prejudice submitted by plaintiffs CONNIE AND JOSE MARTINEZ ("Plaintiffs") on the one hand and Defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, and SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ) on the other hand,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Complaint in the above-entitled action shall be dismissed with prejudice as against all remaining defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, and SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ);

2. The Court will retain jurisdiction to enforce the Consent Decree and Order entered by the Court on August 29, 2011 (see Docket No. 48).

3. The Clerk shall close this case.


Dated: December 12, 2011           /s/ Gregory G. Hollows
                                   _____
                                   Honorable GREGORY G. HOLLOWS
                                   United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
OF DISMISSAL OF ALL CLAIMS AGAINST
 ALL REMAINING DEFENDANTS
Case No. 2:10-cv-01647 GEB-GGH
G:\DOCS\GGH\DGGH1\signed - ggh\Martinez1647.docx