1 | PAUL L. REIN, Esq. (SBN 43053)
2 | CELIA MCGUINNESS, Esq. (SBN 159420)
  | CATHERINE M. CABALO, Esq. (SBN 248198)
3 | LAW OFFICES OF PAUL L. REIN
  | 200 Lakeside Drive, Suite A
  | Oakland, CA 94612
4 | Telephone: 510/832-5001
  | Facsimile: 510/832-4787
5 | reinlawoffice@aol.com

6 | Attorneys for Plaintiffs
  | CONNIE MARTINEZ and
7 | JOSE MARTINEZ

8 | *Defendants and their respective are counsel listed after the caption.

9 | IN THE UNITED STATES DISTRICT COURT

10 | IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| CONNIE MARTINEZ and JOSE MARTINEZ, | Case No. 2:10-cv-01647 GEB-GGH |
|---|---|
| Plaintiffs, | Civil Rights |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, AND SHAW MARTINEZ WITH PREJUDICE** |
| SCC FLORIN ROAD BINGO; SACRAMENTO CONSOLIDATED CHARITIES; KEVIN BEERS; SHAWN MARTINEZ; ARC PROPERTIES, INC.; AND DOES 1-10, INCLUSIVE, | |
| Defendants. | |

SCOTT E. COFER, Esq.
GREVE, CLIFFORD, WENGEL & PARAS, LLP
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Telephone: 916/443-2011
Facsimile: 916/441-7457

Attorneys for Defendants
SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, AND SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ)

---

STIPULATION AND PROPOSED ORDER
OF DISMISSAL OF ALL CLAIMS AGAINST
ALL REMAINING DEFENDANTS
Case No. 2:10-cv-01647 GEB-GGH
G:\DOCS\GGH\DGGH1\signed - ggh\Martinez1647.docx

# **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs CONNIE AND JOSE MARTINEZ ("Plaintiffs") and defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, and SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ) (together referred to as "Defendants"), by and through their respective attorneys of record, stipulate that:

1. Plaintiffs' Complaint in the above-entitled action shall be dismissed with prejudice as against Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree and Order entered by the Court on August 29, 2011 (see Docket No. 48); and

**IT IS SO STIPULATED.**

Dated: November 29, 2011    LAW OFFICES OF PAUL L. REIN

_____/s/ Catherine M. Cabalo_____
By: Catherine M. Cabalo, Esq.
Attorneys for Plaintiffs
CONNIE AND JOSE MARTINEZ

Dated: November 29, 2011    GREVE, CLIFFORD, WENGEL & PARAS, LLP

_____/Scott E. Cofer/_____
By: Scott E. Cofer, Esq.
Attorneys for Defendants
SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, AND SHAW MARTINEZ (ERRONEOUSLY SUED AS SHAWN MARTINEZ)

**ORDER**

Having reviewed the above Stipulation for Dismissal of Claims against Defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, and SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ) with Prejudice submitted by plaintiffs CONNIE AND JOSE MARTINEZ ("Plaintiffs") on the one hand and Defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, and SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ) on the other hand,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Complaint in the above-entitled action shall be dismissed with prejudice as against all remaining defendants SCC FLORIN ROAD BINGO, SACRAMENTO CONSOLIDATED CHARITIES, KEVIN BEERS, and SHAW MARTINEZ (erroneously sued as SHAWN MARTINEZ);

2. The Court will retain jurisdiction to enforce the Consent Decree and Order entered by the Court on August 29, 2011 (see Docket No. 48).

3. The Clerk shall close this case.

Dated: December 12, 2011          /s/ Gregory G. Hollows

_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
OF DISMISSAL OF ALL CLAIMS AGAINST
 ALL REMAINING DEFENDANTS
Case No. 2:10-cv-01647 GEB-GGH
G:\DOCS\GGH\DGGH1\signed - ggh\Martinez1647.docx